UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-CR-106 |
| | ) | |
| DANIEL P. DAVIS | ) | |

# **O R D E R**

This criminal matter is before the Court to consider the Magistrate Judge's Report and Recommendation dated March 6, 2009. [Doc. 18]. The defendant has filed a general objection to this report. [Doc. 19].

Because a general objection fails to focus the district court's attention on any specific issues for review, it requires duplicative efforts by the magistrate judge and the district court, and a general objection should be treated the same as the failure to file any objection. *United States v. Carroll*, 114 F.3d 1189, 1997 WL 259353, *2 (6th Cir. 1997), *citing, Howard v. Secretary of Health and Human Services*, 932 F.2d 505, 508-09 (6th Cir.1991).

Although the defendant's objection was timely, it was not specific. The defendant merely refers the Court to his original motion. Accordingly, the Court **FINDS** that the defendant has waived his objections to this Report and Recommendation.

Even if the defendant had filed objections, after careful and *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 18], for the reasons set out in that report, which are incorporated by reference herein, and after careful consideration of the motion to suppress, the government's response, and the transcript of the hearing that was held on March 4, 2009, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the motion to suppress filed by the defendant is **DENIED.** [Doc. 13].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

2

Case 2:08-cr-00106-JRG   Document 21   Filed 04/07/09   Page 2 of 2   PageID #: 116