UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


DANIEL PETE DAVIS,                    )
      Petitioner,                    )
                                   )          NO. 2:08-CR-106
v.                                    )          NO. 2:11-CV-80
                                   )
UNITED STATES OF AMERICA,             )
      Respondent.                    )


## <u>MEMORANDUM OPINION AND ORDER</u>

On February 17, 2011, Daniel Pete Davis ("petitioner" or "Davis") filed a "Motion

Application For Habeas Corpus under 28 U.S.C. § 2255," [Doc. 38]. The United States responded

in opposition to the motion on March 30, 2012, [Doc. 44]. Petitioner was ordered to file his reply

on or before May 10, 2012, [Doc. 45]. On May 22, 2012, petitioner wrote the Court stating that he

has "no objection" to the motion being dismissed, apparently because he has obtained post-

conviction relief in state court from a conviction arising from the same conduct which led to his

conviction in this Court, giving him the same relief he sought through the instant motion, [Doc. 46].

Therefore, petitioner's motion to vacate under § 2255, [Doc. 38], will be DENIED and this matter

will be DISMISSED.

So ordered.

ENTER:


<u>s/J. RONNIE GREER</u>
UNITED STATES DISTRICT JUDGE